UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Carl Edwin Parker Jr.                                                         Docket No. 5:21-CR-136-1BO

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carl Edwin Parker Jr., who, upon an earlier plea of guilty to Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 1349 and 1344, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on September 6, 2022, to the custody of the Bureau of Prisons for a term of 63 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Carl Edwin Parker Jr. was released from custody on May 31, 2024, and the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 10, 2024, the defendant submitted a positive urinalysis for marijuana. When confronted, he admitted to using and signed an admission of use form. He was reprimanded for his drug use and cognitive interventions were utilized to address his actions. It is recommended that a drug treatment condition be added to the defendant's conditions of supervision to address his substance use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                  I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake                                              /s/ Cierra M. Wallace
David W. Leake                                                  Cierra M. Wallace
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                              310 New Bern Avenue, Room 610
                                                              Raleigh, NC 27601-1441
                                                              Phone: 910-679-2034
                                                             Executed On: July 12, 2024

Carl Edwin Parker Jr.
Docket No. 5:21-CR-136-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___17___ day of ___July___, 2024, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
United States District Judge