IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00136-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARL EDWIN PARKER, JR.,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se "Motion for Dismissal of Petition for Revocation Hearing/Supervised Release" [DE 204]. The record in this case indicates that Defendant is currently represented by counsel, William W. Webb, who entered his appearance on April 18, 2025, and has appeared before the court in these proceedings on behalf of Defendant. *See* DE 194, 195, 202.

The court is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Therefore, the motion is DENIED WITHOUT PREJUDICE to the Defendant's ability, through counsel, to re-file the motion, if he so chooses.

SO ORDERED this 4th day of September, 2025.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE